**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00333-CR

### LOUIS ONEAL WILKINS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-80751-2011

## ORDER

Appellant is represented by counsel; therefore, appellant's pro se motion presents nothing for review and is hereby **DENIED**. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Moreover, any motion for a bond hearing must be directed to the trial court. *See* TEX. CRIM. PROC. CODE ANN. art. 44.04 (West 2006).


/s/      DAVID LEWIS
            JUSTICE